### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

BOSTON, MA                                         CIVIL ACTION NO. 1:20-cv-11423

| | |
|---|---|
| Veronica Dyer, as she is Administrator of the  Iron Workers District Council of New England  Pension Health and Welfare, Annuity, Vacation,  Education Funds, and other Funds,  ("Ms. Dyer" or "Plaintiff")  Plaintiff, | ) ) ) ) ) ) ) |
| v. | ) ) |
| New England Building & Bridge Company, Inc.,  ("NEBBCO")  Defendant. | ) ) ) |

### PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Plaintiff and her counsel, in accord with Local Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certifies that they have conferred:

1. With a view to establishing a budget for the cost of conducting the full course- and various alternative courses, of this litigation; and

2. To consider the resolution of this case through the use of Alternative Dispute Resolution programs, such as those outlined in Rule 16.4.

                                              Plaintiff, Ms. Dyer, in her capacity as
                                              Administrator for the Trustees of the
                                              Benefits Funds
                                              By her & their attorney,

                                              /s/ Mickey Long
                                              Mickey Long BBO# 634388
                                              P.O. Box E-1
                                              193 Old Colony Avenue
                                              Boston, MA 02127
                                              TEL: (617) 269-0229
                                              FAX: 617.765.4300

February 23, 2021                              mickeylong@outlook.com

**CERTIFICATE OF SERVICE**

I, Mickey Long, certify that on this 23rd day of February 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any party that has entered an appearance by electronically serving its counsel of record.

/s/     Mickey Long