**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BOSTON, MA                                        CIVIL ACTION NO.  1:20-cv-11423

| | |
|---|---|
| Veronica Dyer, as she is Administrator of the | ) |
|     Iron Workers District Council of New England | ) |
|     Pension Health and Welfare, Annuity, Vacation, | ) |
|     Education Funds, and other Funds, | ) |
|         ("Ms. Dyer" or "Plaintiff") | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| New England Building & Bridge Company, Inc., | ) |
|         ("NEBBCO") | ) |
|     Defendant. | ) |

**PARTIES' JOINT STATEMENT**
**FOR**
**SCHEDULING CONFERENCE OF JUNE 29, 2021 AT 3:00 P.M.  (D. 16)**

In accord with the Federal Rules of Civil Procedure Rules 16(b) and 26(f) and this Court's Notice of Scheduling Conference dated May 20, 2020 (Docket #16), counsel for the parties have conferred. Accordingly, the Parties hereby submit the following Joint Statement for the conference scheduled for June 29, 2021, at 3:00 p.m.

**Concise Summary Position of the Parties**:

<u>Plaintiff</u>

Defendant remains delinquent in contributions owed to various funds (both ERISA and otherwise) mandated by and articulated in a collective bargaining agreement ("CBA"). Defendant has repeatedly refused to pay timely and continuingly refuses to pay as agreed and to interest charged to its delinquencies. Ms. Dyer seeks an audit of the firm and an Order requiring Defendant to cease operations in violation of its ERISA and CBA obligations to make timely contributions and pay interest and attorney fees and costs. Plaintiff remains owed amounts for interest, costs, fees and other amounts articulated in the CBA and ERISA trust fund instruments.

Absent an Order, Defendants will continue to require that the Trustees expend expensive resources from trust accounts to ensure compliance to the CBA and trust instruments.

<u>Defendant</u>

Since the filing of this lawsuit, Defendant has come current on any amounts due Plaintiff. Defendants disputes the amount of interest claimed by Plaintiff as well as Plaintiff's entitlement to attorneys' fees under 29 USC §1132.

1. **<u>Proposed Agenda for June 29, 2021 Hearing</u>**

   The parties submit what follows as an appropriate agenda for the scheduling conference:

   a. Scope and time for discovery; and

   b. Approving a Pretrial Schedule.

2. **<u>Discovery Limit</u>**: The Parties confirm their obligation to limit discovery as set forth in Fed. R. Civ. Proc. 26(b).

3. **<u>Proposed Pre-Trial Schedule</u>**

   The parties do not object to the Court setting the schedule on this written submission.

   a. Automatic/Initial disclosures by:                 August 29, 2021

   b. Any pleadings amendments to add party:         September 31, 2021

   c. All fact discovery completed before:            January 31, 2021

   d. Dispositive Motions:

      i. Summary Judgment Motions filed:             February 31, 2022

      ii. Oppositions filed on or before:             Per FRCP

   Both parties have further agreed to phased discovery and the following discovery limitations, absent mutual assent otherwise or order of the Court:

   e. Maximum of three (3) depositions per side;

f.   Responses to interrogatories and document production requests due within 20 days;

g.   Pleadings, discovery, and responses will be served by email (where practical); and

h.   An opportunity for expert disclosures -if any, if summary judgement is denied.

Respectfully submitted,

| | |
|---|---|
| Plaintiff, Ms. Dyer, in her capacity as | Defendant, New England |
| Building Administrator for the Trustees of the | & Bridge Company, Inc., |
| Benefit Funds | By its Attorney, |
| By her & their Attorney, | |

/s/ Mickey Long                                     /s/ Jackson C. Parmenter

| | |
|---|---|
| Mickey Long, BBO #634388 | Jackson C. Parmenter, Esq. (#8396) |
| PO Box E-1 | Kelly, Souza & Parmenter, P.C. |
| 193 Old Colony Ave. | 128 Dorrance Street, Suite 300 |
| Boston, MA 02127 | Providence, RI 02903 |
| Tel. 617-269-0229 | Tel.: (401) 490-7334 |
| MickeyLong@outlook.com | jparmenter@ksplawpc.com |

June 22, 2021

## CERTIFICATE OF SERVICE

I, Mickey Long, certify that on this 22nd day of June 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any party that has entered an appearance by electronically serving its counsel of record.

/s/  Mickey Long
Mickey Long

Attorney Jackson  C. Parmenter, jparmenter@ksplawpc.com