UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VERONICA DYER, as she is ) <br> Administrator of the Iron Workers ) <br> District Council of New England Pension ) <br> Health and Welfare, Annuity, Vacation, ) <br> Education Funds, and other Funds, ) <br> )) <br>        Plaintiff, ) <br>    v. ) <br> ) <br> NEW ENGLAND BUILDING & ) <br> BRIDGE COMPANY, INC., ) <br> ) <br>        Defendant. ) | CIVIL ACTION <br> NO.  20-11423-JGD |

## **SCHEDULING ORDER**

Following the initial scheduling conference held on June 29, 2021 in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1.  The court adopts the schedule set out in the Joint Statement (Docket No. 17) filed by the parties, with slight adjustments:

    (a) The parties shall complete their initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(A), by **August 30, 2021**.

    (b) Any motions to amend the pleadings to add parties shall be filed by **September 30, 2021.**

    (c) All fact discovery shall be completed by **January 31, 2022.**

    (d) The parties shall file any dispositive motions by **March 1, 2022.**  Any opposition shall be filed within 21 days from service of the motion; and any reply shall be filed within 14 days from service of the opposition.

(e) Any concise statement of material facts that is filed pursuant to Local Rule 56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

2. Each party may take a maximum of three (3) depositions.

3. Responses to interrogatories and document production requests are due within 20 days.

4. Pleadings, discovery and responses will be served by email where practical.

5. The parties may request a schedule for expert discovery after the court's ruling on any motions for summary judgment, if appropriate.

6. As part of any L.R. 7.1 consultation in connection with any issue to be brought to the court's attention, the parties shall discuss and try to reach an agreement as to the appropriate way to bring the dispute to the attention of the court, including whether full briefing and/or in-person oral argument is necessary. The parties shall notify the court of their proposal as to how best to proceed.

7. The next status conference is scheduled for **August 12, 2021 at 2:30 p.m.** and will be held remotely. At that time, the parties shall be prepared to discuss:

(a) the status of the case;
(b) scheduling for the remainder of the case through trial; and
(c) use of alternative dispute resolution programs.

8. The parties shall submit a brief joint statement no later than three (3) business days before the conference addressing the issues itemized in paragraph 7 above. With respect

-3-

to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

    / s / Judith Gail Dein
    Judith Gail Dein
    United States Magistrate Judge

DATED:  June 29, 2021