UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYER, )<br>)<br>  Plaintiff, )<br>  v. )<br>)<br>NEW ENGLAND BUILDING & BRIDGE )<br>  COMPANY, INC. )<br>)<br>  Defendant. ) | CIVIL ACTION<br>NO.  20-11423-JGD |

# SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on September 30, 2021 that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within fourteen (14) days if settlement is not consummated.

BY THE COURT,

/ s / Judith G. Dein
By:  Deputy Clerk

DATED:  October 1, 2021